UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN F. SCHAFFER, SR. | CIVIL ACTION |
| VERSUS | NO. 19-13251 |
| C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED | SECTION "R" (4) |

## ORDER AND REASONS

Before the Court is the parties' joint-motion for a one-hundred-and-twenty-day stay of this matter.[1] The parties indicate that defendants have entered into a global settlement in principle of over 500 cases, including plaintiff's case, and that the stay is needed to finalize the terms of settlement.[2] The Court finds good cause to grant the stay as requested.

Accordingly, this matter is STAYED and administratively CLOSED until February 11, 2021, at which time the parties are ORDERED to report to the Court as to the status of the settlement.

New Orleans, Louisiana, this __23rd__ day of October, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 41.
[2] *See id.* at 1.